UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ASHLEY CLARK, <br><br> **Plaintiff,** <br><br> v. <br><br> CUSTOM RV REPAIR, LLC, <br><br> **Defendant.** | No. 3:23 CV 141 |

**O R D E R**

In 2023, plaintiff Ashley Clark filed the present lawsuit alleging sexual harassment and retaliation against defendant, Custom RV Repair, LLC. (DE # 1.) Defendant failed to appear, and plaintiff properly moved for, and was properly granted, clerk's entry of default. (DE ## 7, 8.) Fed. R. Civ. P. 55(a). Plaintiff then moved for default judgment (DE # 9), which the court granted as to liability and referred to Magistrate Judge Michael G. Gotsch for a determination of damages. (DE # 12.)

Magistrate Judge Gotsch held an evidentiary hearing, at which defendant failed to appear. (DE # 16.) Magistrate Judge Gotsch then issued written findings, recommending that the court award damages in the amount of $68,048.00 and attorneys' fees and costs in the amount of $9,889.82. The parties were informed that they had 14 days to file any objections to the recommendation, but no objections have been filed. Accordingly, the court now **ADOPTS** the report and recommendation (DE # 17) and instructs the Clerk to **ENTER FINAL JUDGMENT** in this case as follows:

"Default judgment is entered in favor of plaintiff Ashley Clark and against

defendant Custom RV Repair, LLC. Plaintiff is awarded damages in the amount of $68,048.00, plus attorney fees and costs in the amount of $9,889.82."

**SO ORDERED.**

Date: June 26, 2025

                                     s/James T. Moody
                                     JUDGE JAMES T. MOODY
                                     UNITED STATES DISTRICT COURT